**MORGAN, LEWIS & BOCKIUS LLP**
*(Pennsylvania Limited Liability Partnership)*
502 Carnegie Center
Princeton, New Jersey 08540-7814
Terry D. Johnson
Ashley D. Chilton
(609) 919-6657

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JONATHAN GOICOECHEA,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE & CO.; and JOHN DOES 1-5 AND 6-10,<br><br>Defendants. | Civil Action No.: 2:23-cv-03900<br><br>**DEFENDANT JPMORGAN CHASE BANK, N.A.'S LOCAL CIVIL RULE 7.1.1 DISCLOSURE OF THIRD-PARTY LITIGATION FUNDING**<br><br>*ELECTRONICALLY FILED* |

In accordance with Local Civil Rule 7.1.1 Defendant JPMorgan Chase Bank, N.A. ("Defendant"), by and through its attorneys Morgan, Lewis & Bockius LLP, hereby states that there is no non-party person or entity that is providing funding for some or all of Defendant's attorneys' fees and expenses for the litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation, or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

1

Dated: July 21, 2023

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

<u>s/ Terry D. Johnson</u>
Terry D. Johnson
Ashley D. Chilton
502 Carnegie Center
Princeton, New Jersey 08540
Telephone: (609) 919-6669
Facsimile: (609) 919-6701
terry.johnson@morganlewis.com
ashley.chilton@morganlewis.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I hereby affirm that a true and correct copy of the foregoing document was electronically filed via the Court's ECF filing system and electronic mail and therefore served on the following counsel of record:

Mark D. Laderman, Esq.
COSTELLO & MAINS, LLC
18000 Horizon Way, Suite 800
Mount Laurel, NJ 08054
*Attorneys for Plaintiff*

Dated: July 21, 2023                                         s/ Terry D. Johnson
                                                             Terry D. Johnson