**MORGAN, LEWIS & BOCKIUS LLP**
*(Pennsylvania Limited Liability Partnership)*
502 Carnegie Center
Princeton, New Jersey  08540-7814
Terry D. Johnson
Ashley D. Chilton
(609) 919-6657

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JONATHAN GOICOECHEA,<br><br>                             Plaintiff,<br><br>v.<br><br><br>JPMORGAN CHASE & CO.; and, JOHN DOES 1-5 AND 6-10,<br><br>                             Defendants. | Civil Action No.: 3:23-cv-03900-RK-DEA<br><br>**NOTICE OF DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>*Motion Returnable: September 5, 2023* |

**PLEASE TAKE NOTICE** that on September 5, 2023, or as soon thereafter as it may be heard, Defendant JPMorgan Chase Bank, N.A. (incorrectly identified in the Complaint as "JP Morgan Chase & Co.") ("Defendant"), will move to dismiss Plaintiff's Complaint under Federal Rule of Civil Procedure 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion, Defendant will rely upon the accompanying Brief.  Defendant also submits for the Court's consideration a Proposed Order.

                                                          Respectfully submitted,

Dated: August 11, 2023                        **MORGAN, LEWIS & BOCKIUS LLP**

                                                          s/ *Terry D. Johnson*
                                                          Terry D. Johnson
                                                          Ashley D. Chilton
                                                          502 Carnegie Center
                                                          Princeton, New Jersey  08540
                                                          Telephone:  (609) 919-6669
                                                          Facsimile:  (609) 919-6701
                                                          terry.johnson@morganlewis.com
                                                         ashley.chilton@morganlewis.com

                                                          *Attorneys for Defendant JPMorgan Chase Bank, N.A.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this date the foregoing Notice of Motion and accompanying Brief and Proposed Order were served on all counsel of record via ECF.

| | |
|---|---|
| Dated:  August 11, 2023 | _/s/  Terry D. Johnson_<br>Terry D. Johnson |