IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JONATHAN GOICOECHEA,<br><br>                      Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE & CO.; and, JOHN DOES 1-5 AND 6-10,<br><br>                      Defendants. | Civil Action No.: 3:23-cv-03900-RK-DEA<br><br>**[PROPOSED] ORDER** |

This matter is before the Court on a motion by Defendant JPMorgan Chase Bank, N.A. (incorrectly identified in the Complaint as "JP Morgan Chase & Co.") ("Defendant"), to dismiss Plaintiff's Complaint under Federal Rule of Civil Procedure 12(b)(6) (the "Motion to Dismiss").

For the reasons expressed in the Court's Opinion,

**IT IS** on this _____ day of _____ 2023,

**ORDERED** that Defendant's Motion to Dismiss is hereby **GRANTED**, and Plaintiff's Complaint is hereby **DISMISSED** in its entirety and with prejudice.

_____
The Honorable Robert Kirsch, U.S.D.J.